

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00208-CV

Bryan Michael Parks and ADS Air Conditioning, Inc.
v.
Nancy Migl

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-6642-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, BRYAN MICHAEL PARKS and ADS AIR CONDITIONING, INC., and UTICA MUTUAL INSURANCE COMPANY, as surety on the supersedeas bond, and judgment is rendered against appellants, BRYAN MICHAEL PARKS and ADS AIR CONDITIONING, INC., and UTICA MUTUAL INSURANCE COMPANY, as surety on the supersedeas bond.

We further order this decision certified below for observance.

November 16, 2023